```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/23/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DILLARD'S INC., ET AL.,

        Plaintiffs,

- against -

WELLS FARGO BANK, N.A.,

        Defendant.

25 CV 4330 (VM)

ORDER

**VICTOR MARRERO**, United States District Judge.

    The Court is in receipt of the October 21, 2025, letter that defendant Wells Fargo Bank, N.A. ("Defendant") submitted regarding Defendant's anticipated motion to dismiss. Having reviewed the pre-motion letters, the Court is not persuaded that a pre-motion conference is necessary at this time. Accordingly, the Court directs the parties to advise whether they consent for the Court to deem the pre-motion letters to constitute a fully briefed motion and rule on the basis of those letters, or whether the parties request supplemental briefing.

    If the parties request supplemental or full briefing, they shall submit a proposed briefing schedule within one (1) week of the date of this Order.

**SO ORDERED.**

Dated:    23 October 2025
           New York, New York

                                                _____
                                                Victor Marrero
                                                U.S.D.J.