**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__12/5/2025__

DILLARD'S, INC. and DILLARD INVESTMENT
CO., INC.,

               Plaintiffs,

    -against-

WELLS FARGO BANK, N.A.,

               Defendant.

Case No. 25 Civ. 04330 (VM)

**ORDER ON PLAINTIFFS' MOTION FOR**
**LEAVE TO FILE DOCUMENTS UNDER SEAL**

    Plaintiffs Dillard's, Inc. and Dillard Investment Co., Inc. have filed a motion for leave to file (1) a redacted memorandum of law in opposition to Defendant Wells Fargo Bank, N.A.'s motion to dismiss on the public docket, and (2) an unredacted version of Plaintiffs' memorandum of law under seal.

    **IT IS HEREBY ORDERED** that Plaintiffs' motion is **GRANTED** and the unredacted version of Plaintiffs' memorandum of law shall remain under seal until further Order of the Court.

**IT IS SO ORDERED.**

**DATED:**    December 5, 2025
            New York, New York

                                         Victor Marrero
                                         U.S.D.J.