BOIES SCHILLER FLEXNER

September 23, 2026

**VIA ECF**

**MEMO ENDORSED**

Hon. Sarah L. Cave
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

**Re: *Dillard's, Inc., et al. v. Wells Fargo Bank, N.A.*, No. 1:25-cv-04330-VM-SLC**

Dear Judge Cave:

We represent Plaintiffs Dillard's, Inc. and Dillard Investment Co., Inc. ("Plaintiffs") in the above-referenced action. We write pursuant to Section I.F.2 of Your Honor's Individual Practices in Civil Cases to seek leave to file a document provisionally under seal.

On September 18, 2026, the parties submitted a joint letter to Judge Victor Marrero via email to set forth certain discovery disputes that they have been unable to resolve. On September 21, 2026 Judge Marrero instructed the parties via email to file their joint letter on the docket and entered an Order referring the matters in the joint letter to Your Honor (ECF No. 83).

Defendant Wells Fargo Bank, N.A. ("Wells Fargo") has informed Plaintiffs that it believes one of the exhibits to the parties' joint letter, Exhibit F, should be filed under seal. Plaintiffs do not agree that the document contains any material that meets the standard for sealing. Nevertheless, to comply with the Court's instruction to file the joint letter on the docket, Plaintiffs are submitting this letter motion so that Exhibit F may be filed provisionally under seal consistent with Section 6 of the Court's ECF Rules and Instructions. To the extent Wells Fargo contends the document should remain under seal, it may submit a separate letter setting forth the basis for its position.

Respectfully submitted,

/s/ *Andrew P. Steinmetz*

**BOIES SCHILLER FLEXNER LLP**

Marc Ayala
Andrew P. Steinmetz
Alexander Geisel (*pro hac vice*)
55 Hudson Yards
New York, NY 10001
Tel.: (212) 909-7606

Jesse Panuccio (*pro hac vice*)
1401 New York Avenue, NW
Washington, DC 20005
Tel.: (202) 237-2727

Dan Boyle
2019 Century Park East, Suite 1520
Los Angeles, CA 90067
Tel.: (213) 995-5732

*Counsel for Plaintiffs*

The Court is in receipt of the letter at Dkt. No. 85 filed by Plaintiffs Dillard's, Inc. and Dillard Investment Co., Inc. ("Plaintiffs") (together, "Plaintiffs") requesting to "provisionally [file] under seal" Exhibit F to the parties' joint letter (Dkt. No. 86-6 ("Exhibit F")) given that Defendant Wells Fargo Bank, N.A. ("Defendant") believes it should be filed under seal. (Dkt. No. 85 (the "Sealing Request")). Plaintiffs, however, "do not agree that the document contains any material that meets the standard for sealing." (Dkt. No. 85).

By **October 1, 2026**, Defendant shall file a letter explaining why Exhibit F should be permanently sealed. In the meantime, Exhibit F shall remain under seal at Dkt. No. 87-6. If, by **October 1, 2026**, Defendant does not file a letter explaining why Exhibit F should be permanently sealed, the Court will issue an order directed the Clerk of Court to unseal Exhibit F.

The Clerk of Court is respectfully directed to close Dkt. No. 85.

SO ORDERED. September 24, 2026

SARAH L. CAVE
United States Magistrate Judge