UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DILLARD'S INC., et al.,

Plaintiffs,

-v-

WELLS FARGO BANK, N.A,

Defendant.

CIVIL ACTION NO.: 25 Civ. 4330 (VM) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On September 21, 2026, the Honorable Victor Marrero referred this action to the undersigned (Dkt. No. 83 (the "Referral")) to address the parties' discovery disputes identified in the joint letter dated September 18, 2026. (Dkt. No. 86 (the "Letter")). The Court held a telephone conference on October 19, 2026 (the "Conference") to discuss the parties' discovery disputes in the Letter, at which counsel for Plaintiffs Dillard's Inc. and Dillard Investment Co. Inc. (together, "Plaintiffs") and counsel for Defendant Wells Fargo Bank, N.A. ("Wells Fargo") appeared. Following the Conference, the Court **ORDERS** the following:

1. By **October 21, 2026**, the parties may order a copy of the Conference transcript (the "Transcript") by using the annexed form.
2. As discussed during the Conference, Plaintiffs' request to "compel Wells Fargo to include four additional custodians in its protocol for collecting and searching custodial ESI" (see Dkt. No. 86 at 3–5, 10–11) is **GRANTED IN PART** and **DENIED IN PART**.
    a. Plaintiffs' request to add Lane Teller and Sharon Fugitt as custodians is **GRANTED** to the extent that, for these custodians, Wells Fargo shall only run

the search terms on Appendix B (Dkt. No. 86-3 at 14–15) concerning the impact of the Asset Cap on Wells Fargo's co-branded credit cards business, including the Dillard's Program.[1]

b. Plaintiffs' request to add Andre Cole as a custodian and to expand the date range for custodian Kevin Bucher is **DENIED**. Adding Ms. Cole and expanding Mr. Bucher's date range would be cumulative of the discovery that Wells Fargo has already produced from its other custodians and disproportionate to the needs of the case. (See Dkt. No. 86 at 10–11).

c. The parties are referred to the Transcript for the full discussion of the custodians.

3. As discussed during the Conference, Plaintiffs' request that the Court compel Wells Fargo to supplement its responses to Plaintiffs' Interrogatories 1 and 2 (see Dkt. No. 86 at 5–6, 12–13) is **DENIED**. The parties are referred to the Transcript for the full discussion of this issue.

4. As discussed during the Conference, Plaintiffs' request that the Court compel Wells Fargo to produce "all meeting minutes of the Cards and Retail Services ("CRS") Credit Policy Committee between 2016 and 2024" (see Dkt. No. 86 at 7) is **GRANTED IN PART** to the extent Wells Fargo must search for and produce any CRS meeting minutes that reference the Dillard's Program by **November 2, 2026**. The parties are referred to the Transcript for the full discussion on this issue.

---

[1] Unless otherwise stated, all capitalized terms shall have the same meaning as in Plaintiffs' First Set of Requests for the Production of Documents dated October 31, 2025. (Dkt. No. 86-1).

5. Having resolved the parties' discovery disputes raised in the Letter, we deem the Referral to be completed.

Dated: New York, New York
October 19, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters. The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.
**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: ___________________

| Case Caption | | |
|---|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |
| | | |

**INDICATE SERVICE:**
(prices listed are per page)

| Daily $7.30 ○ | 3 Day $6.55 ○ | 7 Day $5.85 ○ | 14 Day $5.10 ○ | 30 Day $4.40 ○ |
|---|---|---|---|---|

| | |
|---|---|
| Your Name | |
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

RESET PRINT SAVE EMAIL